U.S. VINADIUM CORP., ET AL., PLAINTIFFS *v.* UNITED STATES, DEFENDANT

Court No. 98-05-01726

(Dated August 25, 1998)

## ORDER

RESTANI, *Judge:* The stay applicable to this action is lifted solely for the purpose of deciding plaintiffs' motion for certification of a class of claimants seeking refund of Harbor Maintenance Taxes which were imposed in violation of the Constitution of the United States.

Plaintiffs' motion for class certification is denied for the reasons set forth in *Baxter Healthcare Corp. v. United States*, 925 F. Supp. 794 (CIT, 1996).